IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re<br><br>Debroy Stoney,<br>dba British Sports Car Service<br>and Sylvia Jean Stoney,<br><br>                    Debtors. | Chapter 7<br><br>Case No. 04-04711-PHX-SSC<br><br>Adv. No 04-716<br><br>ORDER INCORPORATING MEMORANDUM DECISION DATED JULY 12, 2005<br><br>(Opinion to Post) |

Based upon this Court's Memorandum Decision dated July 12, 2005, which is incorporated herein by reference:

IT IS ORDERED that the release contained in the inventory list is void.

IT IS FURTHER ORDERED setting a further pretrial conference, for the 16th day of August 2005, at 1:30 pm in Courtroom 701, United States Bankruptcy Court, 230 N. First Avenue, 7th Floor, Phoenix, Arizona 85003.

DATED this 12th day of July, 2005.

_/s/ Sarah Sharer Curley_
Honorable Sarah Sharer Curley
U. S. Bankruptcy Judge